United States District Court
Southern District of Texas
**ENTERED**
November 06, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ANGELA CAO, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION H-17-321 |
| § | |
| BSI FINANCIAL SERVICES, INC., *et al.*, § | |
| § | |
| *Defendants*. § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") in which the Magistrate Judge recommends that the plaintiff's motion to remand (Dkt. 31) be DENIED, defendant First American Title Insurance Company's ("First American") motion to strike (Dkt. 34) be GRANTED, defendant BSI Financial Services, Inc. ("BSI"), defendant Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust Series 2012-10 ("Trust"), and defendant Carrington Mortgage Services LLC's ("CMS") motion to strike (Dkt. 35) be GRANTED, and First American's motion to dismiss (Dkt. 19) be GRANTED. No party filed objections to the M&R. After reviewing the M&R, the motions, related documents, and the applicable law, the court is of the opinion that there is no clear error and that the M&R should be ADOPTED. *See* Fed. R. Civ. P. 72, Advisory Committee Notes ("When no timely objections is filed, the court need only satisfy itself that there is no clear error on the face of the record in order

to accept the recommendation."). Accordingly, the M&R (Dkt. 37) is ADOPTED IN FULL. Cao's motion to remand (Dkt. 31) is DENIED. First American's motion to strike and the Trust, BSI, and CMS's motion to strike are both GRANTED. And, First American's motion to dismiss is GRANTED. All of Cao's claims against First American are DISMISSED.

Signed at Houston, Texas on November 6, 2017.

_____
Gray H. Miller
United States District Judge