UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELA CAO, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-17-321 |
| BSI FINANCIAL SERVICES, INC., *et al.*, | § § § | |
| *Defendants*. | § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") in which the Magistrate Judge recommends that the plaintiff's application for a temporary injunction (Dkt. 1-4 in 4:19-cv-00769) be denied. The court has already overruled plaintiff Cao's objections and amended objections, both of which were filed as emergencies. *See* Dkts. 88, 90 (emergency objections and amended emergency objection); Dkts. 91, 95 (orders overruling objections). The court incorporates the orders overruling the emergency objections (Dkts. 91, 95) into this order. No other objections have been filed. After considering the M&R, previously filed and ruled upon objections, and the applicable law, the court is of the opinion that the M&R should be, and therefore is, ADOPTED IN FULL.

Signed at Houston, Texas on May 14, 2019.

_____
Gray H. Miller
Senior United States District Judge