**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANGELA CAO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-321 |
| | § | |
| BSI FINANCIAL SERVICES, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") in which the Magistrate Judge recommends that the parties' cross motions for summary judgment (Dkts. 52, 58) be denied. Dkt. 92. No party filed objections to the M&R. After reviewing the M&R, related documents, and the applicable law, the court is of the opinion that there is no clear error and that the M&R should be ADOPTED. *See* Fed. R. Civ. P. 72, Advisory Committee Notes ("When no timely objections is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the M&R (Dkt. 92) is ADOPTED IN FULL. Defendants BSI Financial Services, Inc., Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust Series 2012-10, and Carrington Mortgage Services, LLC's motion for summary judgment (Dkt. 52) and plaintiff Angela Cao's cross motion for summary judgment (Dkt. 58) are both DENIED.

Signed at Houston, Texas on May 23, 2019.

Gray H. Miller
Senior United States District Judge